84,308-01

# IN THE COURT OF CRIMINAL APPEALS
## AT AUSTIN, TEXAS

RELATOR,
VS.
JEFFERSON COUNTY CRIMINAL
COURT
RESPONDENT

# PETITION FOR WRIT
# OF MANDAMUS

by: Pro Se Relator
Brandon Charles
#279172
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Texas
77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 03 2015

Abel Acosta, Clerk

## In The Court of Criminal Appeals
## At Austin, Texas

In re:
Brandon Charles,
    Relator,

vs.

Jefferson County
Criminal Court
    Respondent.

Case No.

## Petition For Writ
## Of Mandamus

To The Honorable Judge Of Said Court:

    Comes Now, Relator Brandon Charles, in the above said style of action, who makes and files this his, Petition for Writ of Mandamus, and would respectfully show the following, to wit;

### I.
### Jurisdiction

    Jurisdiction is hereby invoked over the parties and subject matter, and the Common Law Interest of The State of Texas.

—1—

## II.
## Venue

Venue is proper, the claims and parties arose in this region.

## III.
## No Remedy

Relator, has no remedy at law and equity, unless this Honorable Court Grants the requested Relief Prayed for herein.

## IV.
## Parties

Relator: Brandon Charles, is and was at all times mention hereins, an incarcerated citizen of the State of Texas, situated at Jefferson County ~~Courtho~~ Jail, 5030 Hwy 69 South, Beaumont, Texas 77705.

Respondent: Jefferson County Criminal Court situated at 1001 Pearl St., Beaumont, Tx. 77701.

## V.
## Nature Of Case

While Relator is doing a void and illegal parole. He heard a rumor the police wanted him. He immediately turned himself in, prior to any warrant being issued.

Relator, has been in continual confinement since May 4, 2015. No charges been filed, nor, has he been indicted. Supposely for

-2-

"Assault on a Public Servant." More than 180 days has passed.

There is no Cause number, no pre trial stage, no court, misdermeanor or felony. Therefore, no writ of Habeas Corpus can be filed, directing any court to immediately release Relator.

The only Adequate complete remedy at law is by writ of Mandamus.

## VI.
## Statement of Facts

The Parole Relator is on is illegal and void, it started when Relator was a young naive teenager. He committed a State Jail Offense of Pocession of Control Substance. In an illegal Plea Bargain he took on lawyers Advice, five (5) years probation.

Three months later the Probation was Revoked on a new offense of Posession of a Control Subctance. He was given Twenty (20) years. However, However, he was not guilty of this new charge, and it was dropped.

While in prison he perfected a Pro Se Appeal. The 9th Appeals Court Reversed. Relator, was then Granted Parole.

This parole is an illegal confinement. In any event due to no indictment in over 180 days, He should be immediately released. Parole was'nt suppose to be granted on a reversed case.

-3-

## VII.
## Equity

Relator, has no plan adequate or complete remedy at law to redress the wrongs described herein, unless this Honorable Court Grant the Relief below:

## VIII.
## Relief

Wherefore, Premises Considered, Relator prays full Relief of:

(1) Dismissal of Current Assault Accusation, bar to any further charges out of offense;

(2) Parole be dismissed as well, or in the alternative immediate release.

## IX.
## Certificate of Service

I, Brandon Charles, certify that I have provide the Honorable Court of Criminal Appeals, with the original Petition for Writ of Mandamus. On this 1st day of 31 , 2015.

Respectfully
S/Brandon Charles
Brandon Charles #279172
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705

-4-